# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

DW TRUMP, INC.,

Debtor.

CHAPTER 11
Case No. 24-22083-shl

DECLARATION OF
CORPORATE OFFICER

FBR 1007(a)(1) Statement

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF ROCKLAND   )

Ephraim Weissmandl, under penalty of perjury, affirms and says:

1. I am the Treasurer of DW Trump, Inc., the Debtor herein, and as such, I am fully familiar with the facts and circumstances contained herein, the following is based on my personal knowledge.

2. There are no corporations which own 10% or more of any class of the Debtor's equity interests, hence there are no entities to report in this Declaration.

_____
EPHRAIM WEISSMANDL
Treasurer
DW TRUMP, INC.

Affirmed and subscribed before me

On this ___ day of February 2024

_____
Notary Public

**BARRY D. HABERMAN**
Notary Public, State Of New York
No. 02HA6057921
Qualified In Rockland County
Commission Expires 02/17/27