*Law Offices of*
## BARRY D. HABERMAN
254 South Main Street, Suite 404
New City, New York 10956
845-638-4294
Fax 845-638-6080
Email – bdhlaw@aol.com

November 5, 2024

Honorable Sean H. Lane
United States Bankruptcy Judge              **transmitted via ECF**
300 Quarropas Street
White Plains, NY 10601

Our File No.: BH 24-107

        Re:    **In re DW Trump, Inc.**
                  **Case No.: 24-22083 (SHL)**

Dear Honorable Lane:

This office represents the interest of the Debtor in the above referenced case. This correspondence confirms that the status conference and hearing, as to matters in the above referenced case has been adjourned, on consent of Counsel for the Secured Lender from October 23, 2024 to November 26, 2024 at 10:00 a.m.

Please be further advised that the undersigned notified Counsel for the Secured Lender of the adjournment and the rescheduled date.

Please contact the undersigned as the Court deems necessary.

Respectfully yours,

/s/ Barry D. Haberman
Barry D. Haberman, Esq.

BDH:hd

1